IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA for the
use RODGERS PLUMBING & HEATING, INC.,
a New Mexico corporation,

       Use Plaintiff,

v.           No. 1:13-cv-00121-KG/GBW

MV INDUSTRIES, INC., A New Mexico corporation
and GREAT AMERICAN INSURANCE COMPANY,
An Ohio corporation,

       Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

The parties having filed their Joint Motion to Dismiss Case without Prejudice and finding that the Motion is well-taken, HEREBY ORDERS that the above numbered case is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE


Agreed to as to form:

CALVERT MENICUCCI, P.C.


*/s/ Michael Menicucci* _____
Michael F. Menicucci
Brinnon Scott
Attorney for Defendant MV Industries, Inc.
8900 Washington NE, Suite A
Albuquerque, NM 87113
(505) 247-9100
mmenicucci@hardhatlaw.net
bscott@hardhatlaw.net

*/s/ F. Michael Hart*
Patrick Hart & F. Michael Hart
Martinez, Hart & Thompson, PC
1801 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 343-1776
hartpa4@gmail.com


Connor L. Cantrell
Attorney for Great American Insurance Company
The Hustead Law Firm
4643 S. Ulster St., suite 1250
Denver, CO 80237
(303) 721-5000
clc@thlf.com